IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

___

| | |
|---|---|
| JOSE SOTO, | ) **DISMISSAL ORDER &** |
| | ) **MEMORANDUM DECISION** |
| Plaintiff, | ) |
| | ) Case No. 2:12-CV-206 TC |
| v. | ) |
| | ) District Judge Tena Campbell |
| DEPUTY WARDEN IRONS et al., | ) |
| | ) |
| Defendants. | ) |

___

Plaintiff filed a prisoner civil rights complaint,[1] and was granted *in forma pauperis* status.[2]  However, Plaintiff has not complied with the Court's February 23, 2012 order to file within thirty days a "certified copy of the trust fund account statements . . . for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which prisoner is confined."[3]

Accordingly, IT IS HEREBY ORDERED that Plaintiff's case is DISMISSED without prejudice.

DATED this 30th day of April, 2012.

BY THE COURT:

_/s/ Tena Campbell_
JUDGE TENA CAMPBELL
United States District Court

___

[1] *See* 42 U.S.C.S. § 1983 (2012).

[2] *See* 28 *id.* § 1915.

[3] *See id.* § 1915(a)(2).