IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

_____

JOSE SOTO,                          )   **DISMISSAL ORDER &**
                                    )   **MEMORANDUM DECISION**
          Plaintiff,                )
                                    )   Case No. 2:12-CV-206 TC
     v.                             )
                                    )   District Judge Tena Campbell
DEPUTY WARDEN IRONS et al.,         )
                                    )
          Defendants.               )

_____

Plaintiff filed a prisoner civil rights complaint,[1] and was granted *in forma pauperis* status.[2]  However, Plaintiff has not complied with the Court's February 23, 2012 order to file within thirty days a "certified copy of the trust fund account statements . . . for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which prisoner is confined."[3]

Accordingly, IT IS HEREBY ORDERED that Plaintiff's case is DISMISSED without prejudice.

DATED this 30th day of April, 2012.

          BY THE COURT:


          _____
          JUDGE TENA CAMPBELL
          United States District Court

_____

[1] *See* 42 U.S.C.S. § 1983 (2012).

[2] *See* 28 *id.* § 1915.

[3] *See id.* § 1915(a)(2).